```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 20-10447-amc
Janice Y. Thomas                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Keith              Page 1 of 2        Date Rcvd: Feb 14, 2020
                              Form ID: 309I            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             +Janice Y. Thomas,    602 Wanamaker Road,    Jenkintown, PA 19046-2222
14456788       +AES/CIT Trust,    Attn: Bankruptcy Dept,    PO Box 2461,   Harrisburg, PA 17105-2461
14456787        Abington Emergency Physician,    56 W Main Street,    Suite 305,   Christiana, DE 19702-1503
14456789       +Caine & Weiner,    Attn: Bankruptcy Dept,    5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
14456796        Eastern Account Systems of Connecticut,    PO Box 837,   Newtown, CT 06470-0837
14456799        Municipal Collections of America,    3348 Ridge Road,   Lansing, IL 60438-3112
14456801       +Phelan Hallinan Diamond and Jones,    1617 JFK Blvd.,   Suite 1400,
                 Philadelphia, PA 19103-1814
14456805        Wells Fargo Home Mortgage,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: brad@sadeklaw.com Feb 15 2020 03:11:16      BRAD J. SADEK,   Sadek and Cooper,
                 1315 Walnut Street,   Suite 502,   Philadelphia, PA  19107
tr             +E-mail/Text: bncnotice@ph13trustee.com Feb 15 2020 03:14:02      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Feb 15 2020 03:13:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 03:12:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2020 03:13:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 15 2020 03:13:04      United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14464701       +EDI: TSYS2.COM Feb 15 2020 08:03:00      Barclays Bank Delaware,   100 West St,
                 Wilmington, DE 19801-5015
14456790       +EDI: CAPITALONE.COM Feb 15 2020 08:03:00      Capital One,   Attn: Bankruptcy Dept,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
14456791        E-mail/Text: ebn@carepayment.com Feb 15 2020 03:14:04      Carepayment,   PO Box 2398,
                 Omaha, NE 68103-2398
14456793       +E-mail/Text: bankruptcy@philapark.org Feb 15 2020 03:13:57      City of Philadelphia,
                 Parking Violations Branch,   PO Box 41818,   Philadelphia, PA 19101-1818
14456792       +E-mail/Text: bankruptcy@philapark.org Feb 15 2020 03:13:58      City of Philadelphia,
                 Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
14456794       +EDI: CCS.COM Feb 15 2020 08:03:00      Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
14456795        EDI: DCI.COM Feb 15 2020 08:03:00      Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
14456797       +E-mail/Text: bankruptcy@firstpointcollectionresources.com Feb 15 2020 03:13:50
                 Firstpoint Collection Resources,   Consumer Contact Center,    2840 Electric Road,   #202,
                 Roanoke, VA 24018-3544
14456798        EDI: IRS.COM Feb 15 2020 08:03:00      Internal Revenue Service,   PO Box 804527,
                 Cincinnati, OH 45280-4527
14456802       +E-mail/Text: jennifer.chacon@spservicing.com Feb 15 2020 03:14:08
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
14456803       +EDI: SWCR.COM Feb 15 2020 08:03:00      Southwest Credit Systems,   4120 International Parkway,
                 Suite 1100,   Carrollton, TX 75007-1958
14456804       +EDI: VERIZONCOMB.COM Feb 15 2020 08:03:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr,   Ste 550,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14464700*      +AES/CIT Trust,    Attn: Bankruptcy Dept,   PO Box 2461,   Harrisburg, PA 17105-2461
14464699*       Abington Emergency Physician,    56 W Main Street,   Suite 305,   Christiana, DE 19702-1503
14464702*      +Caine & Weiner,    Attn: Bankruptcy Dept,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
14464703*      +Capital One,    Attn: Bankruptcy Dept,   PO Box 30285,   Salt Lake City, UT 84130-0285
14464704*       Carepayment,    PO Box 2398,   Omaha, NE 68103-2398
14464706*      +City of Philadelphia,    Parking Violations Branch,   PO Box 41818,
                 Philadelphia, PA 19101-1818
14464705*      +City of Philadelphia,    Parking Violations Branch,   PO Box 41819,
                 Philadelphia, PA 19101-1819
14464707*      +Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
14464708*       Diversified Consultants, Inc.,    PO Box 551268,   Jacksonville, FL 32255-1268
14464709*       Eastern Account Systems of Connecticut,   PO Box 837,   Newtown, CT 06470-0837
14464710*      +Firstpoint Collection Resources,    Consumer Contact Center,   2840 Electric Road,   #202,
                 Roanoke, VA 24018-3544
14464711*       Internal Revenue Service,    PO Box 804527,   Cincinnati, OH 45280-4527
14464712*       Municipal Collections of America,    3348 Ridge Road,   Lansing, IL 60438-3112
14456800*       Municipal Collections of America, Inc.,    3348 Ridge Road,   Lansing, IL 60438-3112
14464713*       Municipal Collections of America, Inc.,    3348 Ridge Road,   Lansing, IL 60438-3112
```

```
District/off: 0313-2          User: Keith              Page 2 of 2                  Date Rcvd: Feb 14, 2020
                              Form ID: 309I            Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
14464714*       +Phelan Hallinan Diamond and Jones,    1617 JFK Blvd.,    Suite 1400,
                  Philadelphia, PA 19103-1814
14464715*       +Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
14464716*       +Southwest Credit Systems,    4120 International Parkway,    Suite 1100,
                  Carrollton, TX 75007-1958
14464717*       +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr,    Ste 550,
                  Weldon Springs, MO 63304-2225
14464718*        Wells Fargo Home Mortgage,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                  Des Moines, IA 50306
                                                                                              TOTALS: 0, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com,    bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    SLC 2018-1 Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Janice Y. Thomas** | Social Security number or ITIN  **xxx–xx–4456** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **1/24/20** |
| Case number: | **20–10447–amc** | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Janice Y. Thomas | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 602 Wanamaker Road<br>Jenkintown, PA 19046 | |
| 4. **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Contact phone 215–545–0008<br><br>Email:  brad@sadeklaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/14/20 |

**For more information, see page 2**

Debtor **Janice Y. Thomas**                                                                                                                                   Case number **20–10447–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 1, 2020 at 9:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  Suite 18–341, 1234 Market Street, Philadelphia, PA 19107 |
| **8. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**  **You must file:**  • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or  • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/31/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/3/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/22/20** |
| | **Deadlines for filing proof of claim:**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1013.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:  **4/21/20** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |