**DOCKET NOTICE:**

The 341 meeting scheduled for April 1, 2020, will be conducted telephonically, via one of the following conference lines: 877-462-5504, with passcode 4150081; 877-921-7817, with passcode 2431902; and 877-513-1615, with passcode 9738268. Not all lines may be used on all days. Specific case information can be found at http://www.ph13trustee.com.