# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JANICE Y. THOMAS | :     BK. No. 20-10447 AMC |
|         Debtor | : |
| |     Chapter No. 13 |
| WELLS FARGO BANK, N.A. | |
|         Movant | |
|        v. | |
| JANICE Y. THOMAS | |
|         Respondent | |

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **WELLS FARGO BANK, N.A..** The property address is 602 WANAMAKER ROAD, ABINTON TOWNSHIP, PA 19046, Loan# ending in 1675. A Proof of Claim has been filed on the claim register at #6-1. An unwritten Notice of payment change/forebearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the forbearance are as follows: Regular monthly mortgage payments starting with April 1, 2020 through June 30, 2020 are suspended. Payment of the escrow component of the regular monthly mortgage payments shall also be suspended.

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures

the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $1,992.75.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

May 13, 2020

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JANICE Y. THOMAS                      BK. No. 20-10447 AMC

           **Debtor**

                            Chapter No. 13

WELLS FARGO BANK, N.A.

           **Movant**

           v.

JANICE Y. THOMAS

           **Respondent**                11 U.S.C. §362

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on May 13, 2020.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

JANICE Y. THOMAS
602 WANAMAKER ROAD
JENKINTOWN, PA 19046-2222

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                                           /s/ Thomas Song, Esquire
                                           Thomas Song, Esq., Id. No.89834
                                           Phelan Hallinan Diamond & Jones, LLP
                                           1617 JFK Boulevard, Suite 1400
                                           One Penn Center Plaza
                                           Philadelphia, PA 19103
                                           Phone Number: 215-563-7000 Ext 31387
                                           Fax Number: 215-568-7616

May 13, 2020                               Email: Thomas.Song@phelanhallinan.com