UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Janice Y. Thomas | : | Case No.: 20-10447-amc |
| | : | |
| Debtor(s) | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

XXXXXXXXXXXXXXXXXXXXXXX

**Date: November 25, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge