UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Janice Y. Thomas | : | Case No.: 20-10447-AMC |
| | : | |
|     Debtor(s) | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: December 18, 2020　　　　　　　　　　/s/ Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Sadek and Cooper Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 502
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pa 19107
　　　　　　　　　　　　　　　　　　　　　　　215-545-0008