# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 20-10447-AMC

JANICE Y. THOMAS

602 WANAMAKER ROAD

JENKINTOWN, PA 19046-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JANICE Y. THOMAS

    602 WANAMAKER ROAD

    JENKINTOWN, PA 19046-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                             /S/ William C. Miller

Date: 1/22/2021                                  _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee