United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10447-amc
Janice Y. Thomas     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 23, 2021     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Y. Thomas, 602 Wanamaker Road, Jenkintown, PA 19046-2222 |
| 14456788 | + | AES/CIT Trust, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14456787 | | Abington Emergency Physician, 56 W Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14567862 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 14464701 | + | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 14477594 | + | CIT EDUCATION LOAN TRUST, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14456789 | + | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14456796 | | Eastern Account Systems of Connecticut, PO Box 837, Newtown, CT 06470-0837 |
| 14520860 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14456799 | + | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14456801 | + | Phelan Hallinan Diamond and Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14467651 | + | SLC 2018-1 Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14467444 | | WELLS FARGO BANK,N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14567863 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14487851 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14568279 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14456805 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2021 03:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2021 03:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14456790 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 03:36:06 | Capital One, Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14477655 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:38:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14456791 | | Email/Text: ebn@carepayment.com | Feb 24 2021 03:24:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14456793 | + | Email/Text: bankruptcy@philapark.org | Feb 24 2021 03:24:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14456792 | + | Email/Text: bankruptcy@philapark.org | Feb 24 2021 03:24:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14456794 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 24 2021 03:24:00 | Credit Collection Services, 725 Canton Street, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norwood, MA 02062-2679 |
| 14456795 | | Email/Text: bankruptcynotices@dcicollect.com | Feb 24 2021 03:24:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14456797 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Feb 24 2021 03:24:00 | Firstpoint Collection Resources, Consumer Contact Center, 2840 Electric Road, #202, Roanoke, VA 24018-3544 |
| 14456798 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14491306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 03:36:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14469826 | + | Email/Text: bankruptcy@philapark.org | Feb 24 2021 03:24:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14468860 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:37:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14490983 | | Email/Text: jennifer.chacon@spservicing.com | Feb 24 2021 03:24:00 | SLC 2018-1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14456802 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 24 2021 03:24:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14456803 | + | Email/Text: bankruptcy@sw-credit.com | Feb 24 2021 03:24:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14456804 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 03:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14464700 | *+ | AES/CIT Trust, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14464699 | * | Abington Emergency Physician, 56 W Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14464702 | *+ | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14464703 | *+ | Capital One, Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14464704 | * | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14464706 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14464705 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14464707 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14464708 | * | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14464709 | * | Eastern Account Systems of Connecticut, PO Box 837, Newtown, CT 06470-0837 |
| 14464710 | *+ | Firstpoint Collection Resources, Consumer Contact Center, 2840 Electric Road, #202, Roanoke, VA 24018-3544 |
| 14464711 | * | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14464712 | *+ | Municipal Collections of America, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14456800 | *+ | Municipal Collections of America, Inc., 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14464713 | *+ | Municipal Collections of America, Inc., 3348 Ridge Road, Lansing, IL 60438-3291 |
| 14464714 | *+ | Phelan Hallinan Diamond and Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14464715 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14464716 | *+ | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14464717 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |
| 14464718 | * | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Feb 23, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 36

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Janice Y. Thomas brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JANICE Y. THOMAS | Chapter 13 |
| Debtor | Bankruptcy No. 20-10447-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: February 23, 2021

———————————————
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
JANICE Y. THOMAS

602 WANAMAKER ROAD

JENKINTOWN, PA 19046-